IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ALLSTATE INSURANCE COMPANY                                                      PLAINTIFF

V.                                                          CIVIL ACTION NO. 2:09-CV-211-WAP-DAS

BLACK & DECKER (US), INC., ET AL.                                             DEFENDANTS

**ORDER**

Before the court is Defendant Black & Decker (US) Inc.'s Motion to Compel Remand-Related Discovery From Allstate (# 21). For the reasons announced by the court on the record during a hearing conducted by the undersigned in this matter on March 25, 2010, it is

ORDERED:

1. That the defendant's motion to compel is DENIED; and

2. The defendant's response to the plaintiff's motion to remand is due on or before April 19, 2010.

**THIS,** the 25th day of March, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE