IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**ALLSTATE INSURANCE COMPANY, as**
**Subrogee of Daniel and Margaret Cain**                               **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 2:09CV211**

**BLACK & DECKER (US), INC. and**
**JASON AND EMILY MOORE**                                  **DEFENDANTS**

### ORDER

This cause is before the Court on the plaintiff's Motion to Remand [5]. The Court, having duly considered the motion, finds as follows, to-wit:

In accordance with the findings and analysis set forth in this Court's Memorandum Opinion entered contemporaneously herewith, the plaintiff's Motion to Remand is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Remand [5] is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that Jason and Emily Moore should be, and hereby are, DISMISSED WITH PREJUDICE as party defendants. IT IS FURTHER ORDERED that the stay imposed by the Magistrate Judge is hereby LIFTED. IT IS FURTHER ORDERED that the parties are to contact the Magistrate Judge within fourteen (14) days of the entry of this Order to schedule an initial case management conference.

SO ORDERED, this the 21st day of December, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE